UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLAY VINSON HAYNES,<br><br>                      Petitioner,<br><br>   v.<br><br>COMMANDER TOM CROSKEY,<br><br>                      Respondent. | NO: 4:19-CV-5182-TOR<br><br>ORDER DISMISSING ACTION FOR FAILURE TO EXHAUST |

BEFORE THE COURT is Petitioner's First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 10. Petitioner, a pretrial detainee at the Benton County Jail, is proceeding *pro se* and *in forma pauperis*. Respondent has not been served.

It plainly appears from the documents presented that Petitioner did not exhaust his state court remedies. Therefore, this action will be dismissed. *See Peterson v. Lampert*, 319 F.3d 1153, 1156 (9th Cir. 2003); *Vang v. Nevada*, 329 F.3d 1069, 1075

ORDER DISMISSING ACTION FOR FAILURE TO EXHAUST -- 1

(9th Cir. 2003). Petitioner has presented no basis for this Court's intervention in pending state court proceedings. *See Perez v. Ledesma,* 401 U.S. 82, 85 (1971).

Therefore, **IT IS HEREBY ORDERED** this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

All pending motions are **DENIED AS MOOT**.

Petitioner's in forma pauperis status is **REVOKED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Petitioner, and **close** the file. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED**.

**DATED** November 6, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO EXHAUST -- 2